UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1813 (JRT/FLN)

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

ONE COMPAQ PRESARIO PENTIUM 133 MHZ COMPUTER SYSTEM, MODEL 5220, SERIAL #1X91CGP7LA5D; ONE CANON BJC 5000 BUBBLEJET PRINTER, SERIAL #1C30901; AND ONE HP SCANJET 5100C SCANNER, SERIAL #MX87423QCS,

DEFENDANTS.

FINAL ORDER OF FORFEITURE

Based on the plaintiff's motion for default judgment against Albert Adonis Thompson and all unknown persons and entities having an interest in the defendants pursuant to Rule 55(b)(2), Fed.R.Civ.P., and for forfeiture of the defendants to the plaintiff; on all the files and records in this action; and on the Court's finding as follows that:

1. pursuant to a Warrant of Arrest and Notice In Rem issued by Chief United States Magistrate Judge Franklin L. Noel, the United States Secret Service for the District of Minnesota arrested the defendants;

2. the United States Secret Service was unable to locate and personally serve Albert Adonis Thompson with copies of the Complaint for Forfeiture, Summons, and Warrant of Arrest and Notice In Rem because he was evicted from his last known address and left



FILED 1-19-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 1 19 2001
DEPUTY CLERK

no forwarding information;

3. a notice of the arrest of the defendants and the means and deadline by which to contest the forfeiture of the defendants was published in the Finance and Commerce, Minneapolis, Minnesota, on September 12, 19 and 26, 2000, giving notice to all unknown and unlocated persons and entities having an interest in the defendants;

4. no claims for the defendants and answers to the Complaint for Forfeiture have been filed, and the time for filing a claim and answer has expired;

5. the Clerk of Court entered default against Albert Adonis Thompson and all unknown interested persons and entities having an interest in the defendants for failure to file a claim and answer or otherwise defend in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and

6. the plaintiff has established by a preponderance of the evidence that the defendants are forfeitable pursuant to 18 U.S.C. § 492;

IT IS HEREBY ORDERED that:

1. default judgment is entered against Albert Adonis Thompson and all unknown persons and entities having an interest in the defendants; and

2. all the right, title and interest of the defaulted persons and entities in the defendants is forfeited to the plaintiff, and no right, title or interest in the defendants shall exist in any other person or entity; and

3. the defendants shall be disposed of by the plaintiff in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Jan 19, 2001

JOHN R. TUNHEIM, Judge
United States District Court